MARCUS LEE (NV Bar No. 15769)
INKU NAM (NV Bar No. 12050)
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
Marcus.Lee@lewisbrisbois.com
Inku.Nam@lewisbrisbois.com

*Attorneys for Bridgestone HosePower, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRIDGESTONE HOSEPOWER, LLC, a Foreign Limited-Liability Company;<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER M. EISMANN, an individual; DOES 1 – 20, Inclusive; ROE CORPORATIONS, 1 – 20, Inclusive.<br><br>Defendants. | Case No. 2:21-cv-02121-GMN-EJY<br><br>**STIPULATION AND ORDER TO EXTEND REPLY DEADLINE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Marcus J. Lee, Esq. of Lewis Brisbois Bisgaard & Smith, LLP, counsel for Plaintiff Bridgestone Hosepower, LLC ("Plaintiff"), and Mark Albright, Esq. of the Albright Stoddard Warnick & Albright, counsel for Defendant Christopher M. Eismann ("Defendant"), that:

1. The due date for Plaintiff's Reply to Defendant's Response (Doc. 21) to Plaintiff's Motion for Preliminary Injunction (Doc. 20) be extended from February 14, 2022 to February 18, 2022.

///

///

///

4854-9064-1422.1

This is Defendant and Plaintiff's first request to extend this deadline, which is made in good faith and not for purposes of delay.

DATED this 11th day of February, 2022.   DATED this 11th day of February, 2022

Albright Stoddard Warnick & Albright   Lewis Brisbois Bisgaard & Smith LLP

By: */s/ Mark Albright*
Mark Albright
Albright Stoddard Warnick & Albright
801 South Rancho Dr., Ste. D4
Las Vegas, NV 89106
*Attorneys for Defendant*

By: */s/ Marcus Lee*
MARCUS LEE
Nevada Bar No. 15769
INKU NAM
Nevada Bar No. 12050
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Plaintiff*

**IT IS SO ORDERED:**

Dated this 11th day of February 2022.

_____
UNITED STATES MAGISTRATE JUDGE