MARCUS LEE (NV Bar No. 15769)
INKU NAM (NV Bar No. 12050)
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
Marcus.Lee@lewisbrisbois.com
Inku.Nam@lewisbrisbois.com

*Attorneys for Bridgestone HosePower, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRIDGESTONE HOSEPOWER, LLC, a Foreign Limited-Liability Company;<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER M. EISMANN, an individual; DOES 1 – 20, Inclusive; ROE CORPORATIONS, 1 – 20, Inclusive.<br><br>Defendants. | Case No. 2:21-cv-02121-GMN-EJY<br><br>**STIPULATION AND ORDER TO EXTEND REPLY DEADLINE**<br><br>**(Amended Second Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Marcus J. Lee, Esq. of Lewis Brisbois Bisgaard & Smith, LLP, counsel for Plaintiff Bridgestone Hosepower, LLC ("Plaintiff"), and Mark Albright, Esq. of the Albright Stoddard Warnick & Albright, counsel for Defendant Christopher M. Eismann ("Defendant"), that:

1. The due date for Plaintiff's Reply to Defendant's Response (ECF No. 21) to Plaintiff's Motion for Preliminary Injunction (ECF No. 20) was extended from February 14, 2022 to February 18, 2022 pursuant to the Court's order granting the parties' stipulation (ECF No 23).

2. The Plaintiff and Defendant hereby further stipulate to extend the due date for Plaintiff's Reply to Defendant's Response (ECF No. 21) to Plaintiff's Motion for Preliminary Injunction (ECF No. 20) from February 18, 2022 to March 4, 2022.



4889-4806-6575.1

This is Defendant and Plaintiff's second request to extend this deadline, which is made in good faith and not for purposes of delay.  Pursuant to Local Rule IA 6-1(a), the parties are engaged in good faith settlement negotiations that are being made for the purpose of resolving all disputes raised by Plaintiff in this action.

DATED this 18th day of February, 2022.                    DATED this 18th day of February, 2022

Albright Stoddard Warnick & Albright                        Lewis Brisbois Bisgaard & Smith LLP

By:  */s/ Mark Albright*                                              By:  */s/ Marcus Lee*
Mark Albright                                                                 MARCUS LEE
Albright Stoddard Warnick & Albright                         Nevada Bar No. 15769
801 South Rancho Dr., Ste. D4                                    INKU NAM
Las Vegas, NV 89106                                                   Nevada Bar No. 12050
*Attorneys for Defendant*                                             LEWIS BRISBOIS BISGAARD & SMITH LLP
                                                                                       6385 S. Rainbow Boulevard, Suite 600
                                                                                       Las Vegas, Nevada 89118
                                                                                       *Attorneys for Plaintiff*

**IT IS SO ORDERED:**

Dated this 18th day of February 2022.

_____
UNITED STATES MAGISTRATE JUDGE

4889-4806-6575.1                                                2