MARCUS LEE (NV Bar No. 15769)
INKU NAM (NV Bar No. 12050)
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
Marcus.Lee@lewisbrisbois.com
Inku.Nam@lewisbrisbois.com

*Attorneys for Bridgestone HosePower, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRIDGESTONE HOSEPOWER, LLC, a Foreign Limited-Liability Company;<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER M. EISMANN, an individual; DOES 1 – 20, Inclusive; ROE CORPORATIONS, 1 – 20, Inclusive.<br><br>Defendants. | Case No. 2:21-cv-02121-GMN-EJY<br><br>**STIPULATION AND ORDER TO EXTEND REPLY DEADLINE**<br><br>**(Fourth Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Marcus J. Lee, Esq. of Lewis Brisbois Bisgaard & Smith, LLP, counsel for Plaintiff Bridgestone Hosepower, LLC ("Plaintiff"), and Mark Albright, Esq. of the Albright Stoddard Warnick & Albright, counsel for Defendant Christopher M. Eismann ("Defendant"), that:

1. The due date for Plaintiff's Reply to Defendant's Response (ECF No. 21) to Plaintiff's Motion for Preliminary Injunction (ECF No. 20) was extended from March 4, 2022 to March 18, 2022 pursuant to the Court's order granting the parties' stipulation (ECF No 29).

2. The Plaintiff and Defendant hereby further stipulate to extend the due date for Plaintiff's Reply to Defendant's Response (ECF No. 21) to Plaintiff's Motion for Preliminary Injunction (ECF No. 20) from March 18, 2022 to March 28, 2022.

4856-7755-2406.1

This is Defendant and Plaintiff's third request to extend this deadline, which is made in good faith and not for purposes of delay. Pursuant to Local Rule IA 6-1(a), the parties are continuing to engage in good faith settlement negotiations that are being made for the purpose of resolving all disputes raised by Plaintiff in this action.

DATED this 17th day of March, 2022.

Albright Stoddard Warnick & Albright

By: */s/ Mark Albright*
Mark Albright
Albright Stoddard Warnick & Albright
801 South Rancho Dr., Ste. D4
Las Vegas, NV 89106
*Attorneys for Defendant*

DATED this 17th day of March, 2022

Lewis Brisbois Bisgaard & Smith LLP

By: */s/ Marcus Lee*
MARCUS LEE
Nevada Bar No. 15769
INKU NAM
Nevada Bar No. 12050
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Plaintiff*

**IT IS SO ORDERED:**

Dated this 17th day of March 2022.

UNITED STATES MAGISTRATE JUDGE

4856-7755-2406.1

2